1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   HANLEY CHEW (CSBN 189985)
    Assistant United States Attorney

5   San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113

7     Telephone:  (408) 535-5060
      Facsimile:   (408) 535-5066

8     Hanley.Chew@usdoj.gov

9   Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

IT IS SO ORDERED
AS MODIFIED
*Jame Ware*
Judge James Ware

6/5/2009

                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                    SAN JOSE DIVISION

UNITED STATES OF AMERICA,        )    No. CR 09-00245 JW
                                 )
        Plaintiff,               )
                                 )
    v.                           )    **STIPULATION AND [PROPOSED]**
                                 )    **ORDER TO CONTINUE**
                                 )    **DEFENDANT'S SENTENCING**
JOANNA SIZEMORE,                 )
                                 )
        Defendant.               )
_____)

20

21      The parties, including the defendant, stipulate as follows:

22  1.      On March 23, 2009, defendant Joanna Sizemore ("defendant") pled guilty, pursuant to

23  a plea agreement, to an information, charging her with one count of conspiracy to commit bank

24  fraud, in violation of 18 U.S.C. § 371.  Defendant's sentencing is currently scheduled for June

25  29, 2009 at 1:30 p.m.

26   2.      Government counsel will be unavailable the weeks of June 29, 2009 and July 6, 2009 due

27  to a scheduled examination of a family member with a medical specialist in Baltimore,

28  Maryland, and a planned family vacation thereafter.  Defense counsel has no objection to a brief

STIP. & [PROPOSED] ORDER
U.S. v. SIZEMORE, No. CR 09-00245 JW

1   two week continuance of defendant's sentencing to July 13, 2009.  The Probation Officer also

2   does not object to this continuance and is available on that date.

3         Therefore, the parties respectfully request that the Court continue defendant's sentencing

4   from June 29, 2009 to July 13, 2009, at 1:30 p.m.

5   IT IS SO STIPULATED.

6

7                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney
8

9   Dated: 4/30/09                                 /s/ Hanley Chew
                                                    HANLEY CHEW
10                                                  Assistant United States Attorney

11

12  Dated: 4/30/09                                 /s/ Demetrius Costy
                                                    DEMETRIUS COSTY
13                                                  Attorney for Defendant

14                                    [PROPOSED] ORDER

15        Having considered the stipulation of the parties, and good cause appearing, the Court

16  orders that defendant Joanna Sizemore's sentencing in the above-captioned case is continued

17  from June 29, 2009 to **August 17, 2009 at 1:30 PM**

18  IT IS SO ORDERED  AS MODIFIED.

19

20  DATED:____June 5, 2009_____        _____

21                                       THE HONORABLE JAMES WARE
                                         United States District Court Judge
22

23

24

25

26

27

28